**Carol TRICE, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 74721.**

Missouri Court of Appeals, Western District.

Oct. 9, 2012.

Jeffrey B. Berman, Sean P. Randall, Kansas City, MO, for Appellant.

Jeannie Desir Mitchell, Michael Eugene Cook Pritchett, Jefferson City, MO, for Respondent.

Before Division II: JOSEPH M. ELLIS, Presiding Judge, and ALOK AHUJA and MARK D. PFEIFFER, Judges.

**Order**

PER CURIAM:

Carol Trice appeals from the order of the Labor and Industrial Relations Commission's finding that she was disqualified from receiving unemployment benefits. Ms. Trice argues that the Commission erred in finding that she left her employment voluntarily. Finding no error, we affirm in this *per curiam* order and have

provided the parties a legal memorandum explaining our ruling. Rule 84.16(b).